UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF ARKANSAS

CENTRAL DIVISION 4

| | |
|---|---|
| Crain Imports of Fayetteville, LLC dba Crain Volkswagen of Fayetteville,<br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>Volkswagen Group of America, Inc. dba Volkswagen of America, Inc.<br>　　　　　　　　　　Defendant. | Civil Action No. 4:22-cv-01264-KGB |

**DEFENDANT VOLKSWAGEN GROUP OF AMERICA, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT OR IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT**

Defendant Volkswagen Group of America, Inc. ("VWGoA"), by its undersigned attorneys, respectfully moves the Court for an Order dismissing, with prejudice, Plaintiff Crain Imports of Fayetteville, LLC's Complaint, pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure and Local Rule 7.2, for lack of subject matter jurisdiction and failure to state facts upon which relief can be granted. In the alternative, VWGoA moves for a more definite statement pursuant to Rule 12(e). The bases for the Motion are more fully set forth in VWGoA's Memorandum in Support, which is filed contemporaneously herewith.

**WHEREFORE**, Defendant Volkswagen Group of America, Inc. respectfully requests that the Court dismiss, with prejudice, Plaintiff's Complaint under Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, or, in the alternative, require Plaintiff

to amend its Complaint to provide a more definite statement and for such further relief as shall be just and proper.

Dated: December 29, 2022          Respectfully submitted,

        Edwin L. Lowther Jr.
        Ark. Bar No. 81107
        E-mail: elowther@wlj.com
        Wright, Lindsey & Jennings LLP
        200 W. Capitol Avenue, Suite 2300
        Little Rock, AR 72201
        Phone: (501) 371-0808
        Fax: (501) 376-9442

        Tanya Scarbrough
        Ark. Bar No. 2019032
        E-mail: tanya.scarbrough@nelsonmullins.com
        Nelson Mullins Riley & Scarborough LLP
        5830 Granite Parkway, Suite 1000
        Plano, TX 75024
        Phone: (469) 484-6100
        Fax: (469) 828-7217

        Paul T. Collins (pro hac vice forthcoming)
        E-mail: paul.collins@nelsonmullins.com
        Nelson Mullins Riley & Scarborough LLP
        1320 Main Street, 17th Floor
        Columbia, SC 29201
        Phone: (803) 799-2000
        Fax: (803) 256-7500

        *Attorneys for Defendant Volkswagen Group of America, Inc. d/b/a Volkswagen of America, Inc.*